# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR DAVID RODAS-VASQUEZ,<br><br>　　　　　　　Defendant. | CASE NO. 11CR5408-H<br><br>**JUDGMENT OF DISMISSAL** |

FILED DEC 29 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Information:

8USC1326(a) and (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: December 29, 2011

　　　　　　　　　　　　　　　　　　_William McCurine_
　　　　　　　　　　　　　　　　　　William McCurine, Jr.
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge